UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOOMBERG INDUSTRY GROUP, INC. ) | |
| ) | |
| and ) | |
| ) | |
| COURTNEY ROZEN, ) | |
| ) | |
| Plaintiffs, ) | Civ. A. No. 23-2291 (LLA) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

The parties, through counsel, respectfully file this Joint Status Report in response to the Court's Minute Order dated January 2, 2024, Minute Order, to provide the Court with a status update on Defendant Department of Health and Human Resources ("HHS") search and processing of records in response to Plaintiffs' Freedom of Information Act ("FOIA") request.

1.  Plaintiffs' FOIA request sought from HHS "a record for complaints received by OCR during federal fiscal years 2017, 2018,2019, 2020, 2021… [and] a records for complaints received so far in fiscal years 2022… I request each record include: the names of the health care or social service provider involved; the city and state where the above health care or social service provider is located; the protected characteristic(s) involved… ; Violation date(s); description; covered entity type… ; ethnicity of person who was allegedly discriminated against; race of person who was allegedly discriminated against; primary language spoken of the person who was allegedly discriminated against; [and] response to 'how did you learn about the Office for Civil Rights' question."

2.     On August 30, 2022, Plaintiffs amended their FOIA request to remove four categories of information: ethnicity of person who was allegedly discriminated against; race of person who was allegedly discriminated against; primary language spoke of the person who was allegedly discriminated against; and response to "how did you learn about the Office for Civil Rights" question, as well as removed the request for fiscal year 2017.

3.     Defendant has completed a search for records and has located one spreadsheet per fiscal year containing the data requested.  The parties agree that Defendant will process one spreadsheet per month with the first production of any nonexempt, responsive material on November 30, 2023.

4.     Defendant has begun to make monthly productions along the lines of the parties' mutually agreed-upon schedule.  Plaintiff has begun to review the released records and has raised questions about the adequacy of the production.  The parties will confer over these issues to narrow the issues that will require resolution by the Court at the conclusion of production.

5.     In light of the foregoing, the parties propose to file another joint status report on or before April 22, 2024, pursuant to this Court's January 2, 2024, Minute Order, that includes an update on the status of Defendant's search and processing of records, the parties' ongoing efforts to resolve this matter.

*     *     *

Respectfully submitted,

Dated: February 20, 2024
      Washington, DC

DAVIS WRIGHT TREMAINE LLP

/s/ Eric J. Feder
Eric J. Feder (DC Bar No. 1048522)
Davis Wright Tremaine LLP
1301 K Street, N.W., Suite 500 East
Washington, DC 20005-3317
202-973-4200 (phone)
ericfeder@dwt.com


*Counsel for Plaintiff*

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ Stephen DeGenaro
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-7229
Email:  Stephen.DeGanaro@usdoj.gov

*Attorneys for the United States of America*

3